DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EMMANUEL SIMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2943

_____

January 2, 2026

Appeal from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.